# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

VINCENT J. MADRANO,

    Plaintiff,

v.

KING COUNTY JAIL, et al.,

    Defendants.

NO. C04-02503RSL

ORDER OF REFERENCE

    This matter comes before the Court on a Report and Recommendation from Magistrate Judge Benton (Dkt. # 57). In light of the new information set forth in defendant's motion for reconsideration (Dkt. # 58), the Court hereby re-refers "Defendant's Motion for Summary Judgment and Dismissal" (Dkt. # 49) to Magistrate Judge Benton, pursuant to 28 U.S.C. §636(b)(1)(B), Local Rule MJR 4, and Fed. R. Civ. P. 72(b), for a revised Report and Recommendation which considers this new information.

    DATED this 10th day of August, 2006.

                                       */s/ Robert S. Lasnik*
                                       Robert S. Lasnik
                                       United States District Judge

ORDER OF REFERENCE