UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VINCENT J. MANDARANO,

    Plaintiff,

v.

KING COUNTY JAIL, et al.

    Defendants.

CASE NO. C04-2503 RSL-MJB

ORDER

The Court, having reviewed the Plaintiff's Complaint, the Report and Recommendation of the Honorable Monica J. Benton, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

(1)    The Court adopts the Report and Recommendation;

(2)    Defendants' Motion for Summary Judgment (Dkt.# 49) is DENIED;

(3)    The Clerk is directed to send a copy of this Order to Plaintiff, counsel for defendants, and the Hon. Monica J. Benton.

DATED this 10th day of October, 2006.

Robert S. Lasnik
United States District Judge

ORDER
PAGE - 1