The Honorable Robert S. Lasnik
United States District Judge

**04-CV-02503-DECL**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VINCENT J. MANDARANO,

                    Plaintiff,

    vs.

KING COUNTY JAIL. OFFICER MICHAEL D.
LUND. OFFICER GREG WASHBURN. and
SERGEANT ROSE ANTONIUS,

                    Defendants.

No. C04-2503-RSL

ORDER GRANTING DEFENDANTS'
MOTIONS IN LIMINE
(PROPOSED)

Noted for: February 13, 2008

    This matter having come before this court on Defendants' Motions in Limine, and the

court having reviewed said motions, plaintiff's response, if any, and defendants' reply to that

response, and being otherwise fully advised, now therefore,

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendants' Motions in

Limine:

    (1)    Exclude any testimony as to what other people are alleged to have said to the
plaintiff without the plaintiff first being asked a question in that regard.

    GRANTED __✓__       DENIED _____

ORDER GRANTING DEFENDANTS' MOTIONS IN
LIMINE (C04-2503-RSL) - 1

Daniel T. Satterberg, Prosecuting Attorney
CIVIL DIVISION, Tort Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-8820  Fax (206) 296-8819

(2)     Exclude any and all reference to the plaintiff allegedly being denied any legal materials while housed as an inmate in the King County Jail.

GRANTED __✓__          DENIED _____

(3)     Exclude any and all reference to the plaintiff allegedly being relocated into administrative segregation while housed as an inmate in the King County Jail.

GRANTED __✓__          DENIED _____

(4)     Exclude any and all references to King County "apologies" for the bus incident.

GRANTED _____          DENIED __✓__

(5)     Exclude any and all testimony as to what medical providers are alleged to have told the plaintiff about the injuries he claims in this lawsuit and/or what caused them, if at all.

GRANTED __✓__          DENIED _____

(6)     Exclude any and all reference to the content of any written version of the incident that was authored by plaintiff and transmitted to King County corrections personnel and/or medical personnel or filed with the court.

GRANTED _____          DENIED __✓__

(7)     Exclude any and all reference to plaintiff's rights having been violated, to plaintiff having incurred "malicious, willful and permanent" physical and mental damages, and to plaintiff having suffered "cruel and unusual punishment" at the hands of the defendants or any other King County corrections officer.

GRANTED ✓__          DENIED _____

(8)     Exclude any and all reference to plaintiff having been "tortured."

GRANTED __✓__          DENIED _____

(9)     Exclude any and all reference to plaintiff having filed any claim or having that

ORDER GRANTING DEFENDANTS' MOTIONS IN
LIMINE (C04-2503-RSL) - 2

Daniel T. Satterberg, Prosecuting Attorney
CIVIL DIVISION, Tort Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-8820  Fax (206) 296-8819

claim denied by King County Risk Management.

GRANTED __ ✓ __          DENIED _____

DONE IN OPEN COURT this __3rd__ day of ~~February~~ March, 2008.

_____
HONORABLE ROBERT S. LASNIK
United States District Judge

Presented by:

DANIEL T. SATTERBERG
King County Prosecuting Attorney

By: _____
     C. CRAIG PARKER, WSBA #7725
     Senior Deputy Prosecuting Attorney
     Attorneys for Defendants

Copy received, approved as to form and
Notice of Presentation waived:

_____
VINCENT J. MANDARANO
Plaintiff, pro-se

ORDER GRANTING DEFENDANTS' MOTIONS IN
LIMINE (C04-2503-RSL) - 3

Daniel T. Satterberg, Prosecuting Attorney
CIVIL DIVISION, Tort Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-8820  Fax (206) 296-8819